DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE LUIS SORIA-REAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>      v.                           )<br>                                   )<br>JOSE LUIS SORIA-REAL,              )<br>                                   )<br>            Defendant.             )<br>_____) | NO. CR.S-07-409-WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: October 9, 2007<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of October 9, 2007 be vacated, and the matter be set for status conference on October 29, 2007 at 8:30 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 29, 2007 pursuant to 18 U.S.C.

§3161 (h)(8)and U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  October 9, 2007.                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender

DATED:  October 9, 2007.                    /s/ Linda C. Harter
                                            LINDA C. HARTER
                                            Chief Assistant Federal Defender
                                            Attorney for Defendant

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED:  October 9, 2007.                    /s/Kyle Reardon
                                            KYLE REARDON
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to §3161(h)(8)(B)(iv) and Local Code T4.

DATED:  October 8, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3