```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE LUIS SORIA-REAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JOSE LUIS SORIA-REAL,<br><br>                Defendant. | NO. CR.S-07-409-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  November 13, 2007<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of November 13, 2007 be vacated, and the matter be set for status conference on December 3, 2007 at 8:30 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 3, 2007 pursuant to 18 U.S.C.

§3161 (h)(8)and U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   November 20, 2007.                    Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

DATED:   November 20, 2007.                    /s/ Linda C. Harter
                                                LINDA C. HARTER
                                                Chief Assistant Federal Defender
                                                Attorney for Defendant

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED:   November 20, 2007.                    /s/Kyle Reardon
                                                KYLE REARDON
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to §3161(h)(8)(B)(iv) and Local Code T4.

DATED: November 19, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3