DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE LUIS SORIA-REAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-07-409-WBS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JOSE LUIS SORIA-REAL, | |
| Defendant. | Date: December 17, 2007<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of December 3, 2007 be vacated, and the matter be set for status conference on December 17, 2007 at 8:30 a.m.

　　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

　　　Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 17, 2007 pursuant to 18

1  U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4
2  based upon continuity of counsel and defense preparation.
3  DATED:   December 5, 2007.                    Respectfully submitted,
4                                                 DANIEL J. BRODERICK
                                                  Federal Public Defender
5

6
   DATED:   December 5, 2007.                    /s/ Linda C. Harter
7                                                 LINDA C. HARTER
                                                  Chief Assistant Federal Defender
8                                                 Attorney for Defendant

9                                                 McGREGOR W. SCOTT
                                                  United States Attorney
10

11
   DATED:   December 5, 2007.                    /s/Kyle Reardon
12                                                KYLE REARDON
                                                  Assistant U.S. Attorney
13                                                Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 17, 2007 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:   December 5, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE